**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1266**

_____

MARCELL J. WHITE; BRENDA C. MOSS,

Plaintiffs - Appellants,

versus

SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Margaret B. Seymour, District Judge.
(CA-01-2926-3)

_____

Submitted: June 10, 2003          Decided: July 10, 2003

_____

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marcell J. White, Brenda C. Moss, Appellants Pro Se. Jonathan Pharr
Pearson, Erin H. Hinson, ELLZEY & BROOKS, L.L.C., Columbia, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marcell J. White and Brenda C. Moss appeal the district court's order accepting the magistrate judge's recommendation to grant summary judgment in their employer's favor in this employment discrimination action. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. See White v. S.C. Dep't of Soc. Servs., No. CA-01-2926-3 (D.S.C. Feb. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the record suggests that White and Moss were not given a proper opportunity to object to the magistrate's report and recommendation, any error was harmless since the district court clearly conducted a de novo review of the record. See Braxton v. Estelle, 641 F.2d 392, 397 (5th Cir. 1981).